# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Ducere, LLC,

Plaintiff(s),

v.

Enbridge (U.S.) Inc. et al,

Defendant(s).

Case No.  1:24-cv-01217
Judge  April M. Perry

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: The Court appreciates Ducere's status report 77 . Based upon Ducere's representation that it will not be filing an amended complaint, this case is dismissed without prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge   April M. Perry

Date:   3/18/2025                    Thomas G. Bruton, Clerk of Court

                                    J. Capparelli, Deputy Clerk